UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. |
| v. | : | |
| | : | |
| TANIYA D. JOHNSON, | : | VIOLATION: 18 U.S.C. § 1343 |
| | : | (Wire Fraud) |
| Defendant. | : | |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**

At times material to this Information:

1. Urban Alliance Foundation, Inc. ("Urban Alliance") was a non-profit corporation operating in Northwest, Washington, D.C. The mission of Urban Alliance was to help high school students in the District develop professional work skills by, among other things, placing students in internships with local corporations, and paying the students for their work on a bi-weekly basis.

2. Defendant TANIYA D. JOHNSON ("JOHNSON") worked as an administrative assistant at Urban Alliance from January 7, 2002, until November 7, 2003. In connection with her employment at Urban Alliance, JOHNSON: (a) had access to Urban Alliance's incoming mail, its payroll records, and its accounting software; (b) was responsible for handling payroll for Urban Alliance's students, which included collecting time sheets from students, and calculating their total work hours; and (c) used the telephone wires to call in the students' hours to a company called Paychex, which is a payroll service located in Merrifield, Virginia.

THE SCHEME

3. From in or about January 2003, to in or about October 2003, JOHNSON engaged in a fraudulent scheme to steal funds from Urban Alliance by: (a) fraudulently using the telephone wires to cause Paychex to issue checks from Urban Alliance to its former or current students for hours the students did not work, and then causing these checks to be deposited into bank accounts belonging to her, or her friends; (b) fraudulently using Urban Alliance's accounting software to issue checks directly to herself and certain of her family members and friends, and then hiding these transactions by making false entries in Urban Alliance's computer check ledger; and (c) keeping funds that her employer had instructed her to deposit into a student's bank account.

MANNER AND MEANS

4. Between on or about January 24, 2003, and on or about September 19, 2003, JOHNSON repeatedly used the telephone wires to call from Urban Alliance, in the District of Columbia, to Paychex, in Virginia, to falsely report work hours for students who either no longer worked for Urban Alliance, or who did not work the hours reported by JOHNSON. This caused Paychex to issue approximately forty-seven Urban Alliance checks made payable to former or current students who were not owed any money by Urban Alliance.

5. When Paychex mailed Urban Alliance its payroll checks, JOHNSON intercepted the mail and removed the checks that Paychex had issued based on JOHNSON'S false representations. JOHNSON then forged the students' signatures on the backs of the checks, and caused the checks to be deposited either directly into her own bank account, or into the bank accounts of her friends.

6. As a result of JOHNSON's actions in stealing checks that were issued based on her misrepresentations to Paychex, Urban Alliance suffered a loss in the amount of $24,673.32.

7. In addition, between on or about February 14, 2003, and on or about October 28, 2003, JOHNSON used Urban Alliance's accounting software to fraudulently issue approximately fourteen checks from Urban Alliance to her boyfriend, her family, her friends, or herself.

8. After issuing the fourteen checks, JOHNSON hid the transactions by making false entries in Urban Alliance's computer check ledger. Specifically, JOHNSON entered data in the check ledger which falsely indicated that the fourteen checks in question had been made payable to various vendors that provided goods and/or services to Urban Alliance.

9. As a result of JOHNSON's actions in using Urban Alliance's accounting system to fraudulently issue checks, JOHNSON caused a loss to Urban Alliance in the amount of $5,940.48.

10. Finally, on or about August 7, 2003, an Urban Alliance representative gave JOHNSON $300 in cash, and told JOHNSON to deposit the money into the account of an Urban Alliance student. Instead, JOHNSON kept the cash for her own benefit, causing a loss to Urban Alliance of $300.

## EXECUTION OF THE FRAUD

11. In or about July 2003, within the District of Columbia, for the purpose of executing the aforementioned scheme and artifice and attempting to do so, defendant TANIYA D. JOHNSON did knowingly cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, and sounds; that is, Defendant TANIYA D. JOHNSON fraudulently used the telephone wires to call from the District of Columbia to Virginia to report false work hours to Paychex for a student named LJ, at a time when LJ was not employed by Urban Alliance and was not entitled to payment by Urban Alliance. Thereafter, JOHNSON opened Urban Alliance's mail and intercepted a check that Paychex had issued to LJ on behalf of Urban Alliance.

The check in question, which was dated July 11, 2003, and was made payable in the amount of $775.74, had been issued by Paychex based on JOHNSON's false representations concerning LJ's work hours. JOHNSON then forged LJ's signature on the back of the check, and deposited the check in her bank account at First Union Bank. JOHNSON then fraudulently kept the proceeds of the check for her own benefit.

        **(Wire Fraud, in violation of Title18, United States Code, Sections 1343).**

                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        for the District of Columbia

By: _____
      DAVID CAREY WOLL, JR.
      Assistant U.S. Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 514-4250