UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | Criminal No. 05-240 |
| v. ] | Judge Huvelle |
| TANIYA JOHNSON ] | |

### NOTICE OF APPEARANCE FOR DEFENDANT TANIYA JOHNSON

Please note the appearance of undersigned counsel for defendant Taniya Johnson appointed under the Criminal Justice Act.

Respectfully submitted,

Joanne D. Slaight, #332866
717 5th Street, N.W.
Washington, DC  20001
Phone (202) 408-2041
Fax (202) 289-6810
Email:   jslaight@att.net