UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | Criminal No: 05-240 |
| v. ] | |
| ] | Judge Huvelle |
| Taniya Johnson ] | |

**APPLICATION FOR REVIEW AND**
**MODIFICATION OF RELEASE ORDER**

Defendant Taniya Johnson, through undersigned counsel, requests that this Court review and modify her present conditions of release as follows: to allow her to attend a family reunion in Greensboro, NC from July 29, 2005 until August 1, 2005.

As grounds for this motion defendant states the following:

1. On July 13, 2005, Taniya Johnson plead guilty to one count of wire fraud (18 U.S.C. § 1343) before the Honorable Ellen Huvelle.

2. At the time of her guilty plea the court released Ms. Johnson on her personal promise to return for sentencing on September 29, 2005, with the conditions that she:

- Reside at 3901 Suitland Road #1211 Suitland, MD 20746
- Stay within the D.C. area
- Report weekly to DC Pretrial Services Agency

1

- Submit to random drug testing

3. Ms. Johnson has been reporting to Pretrial Services weekly. (She did test positive for marijuana on July 20, 2005. She realizes the seriousness of the court's order and is determined not to repeat the infraction.)

4. Prior to her plea of guilty, Ms. Johnson attended weekly Narcotics Anonymous classes, and continues to do so.

5. For almost a year Ms. Johnson has been employed by Theracon, a company located in Rockville, MD. Ms. Johnson has been living at her current address for the past seven months, with her mother, whom she is supporting.

6. The government has been contacted regarding this motion and has no objection to Ms. Johnson going to Greensboro, NC from July 29, 2005 to August 1, 2005.

## CONCLUSION

For the reasons stated above, the defendant respectfully requests that this Court allow her attend her family reunion in Greensboro, NC from July 29, 2005 to August 1, 2005.

Respectfully submitted,

_____
Joanne D. Slaight, #332866
717 5th Street, N.W.
Washington, DC  20001
Phone (202) 408-2041
Email:  jslaight@att.net
Counsel for Ms. Taniya Johnson