UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.  ] | Criminal No. 05-240 |
| ] | |
| Taniya Johnson  ] | Judge Huvelle |
| ] | |

**FILED**

JUL 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon motion of defendant Taniya Johnson, and for good cause shown, it is, this __21__ day of __July__, 2005, hereby

ORDERED, that the release order signed July 13, 2005, be amended as follows:

Ms. Johnson has permission to travel to Greensboro, NC from July 29, 2005 to August 1, 2005; and

In all other respects the July 13, 2005, release order shall remain in effect.

_____
Judge Huvelle

Date: