AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court FILED

_____ DISTRICT OF _____

JUL 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Taniya D. Johnson.

WAIVER OF INDICTMENT

CASE NUMBER: 05-240

I, _____Taniya Johnson_____, the above named defendant, who is accused of

_____Wire fraud, 18 USC § 1343_____

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____July 13, 2005_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____E S Huck_____
Judicial Officer