FILED

JUL 13 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal No. 05-240 (ESH)
:
TANIYA D. JOHNSON,  :
:
Defendant.  :

## STATEMENT OF THE OFFENSE

Pursuant to Fed.R.Cr.P. 11, defendant TANIYA D. JOHNSON agrees and stipulates as follows:

1. Urban Alliance Foundation, Inc. ("Urban Alliance") is a non-profit corporation located at 600 New Hampshire Avenue in Northwest, Washington, D.C. Urban Alliance's mission is to help high school students in the District develop professional work skills. Urban Alliance places students in internships with local corporations, and pays the students for their work on a bi-weekly basis.

2. TANIYA D. JOHNSON worked as an administrative assistant at Urban Alliance from January 7, 2002, until she quit on November 7, 2003. In connection with her employment, JOHNSON had access to Urban Alliance's incoming mail, its payroll records, and its accounting software. JOHNSON was also responsible for handling payroll for Urban Alliance's students. JOHNSON's payroll responsibilities included collecting time sheets from students, and calculating their total work hours. JOHNSON also used the telephone wires to call in the students' hours to a company called Paychex, which is a payroll service located in Merrifield, Virginia.

3. Between in or about January 2003, and in or about October 2003, JOHNSON engaged in a fraudulent scheme to steal funds from Urban Alliance. First, JOHNSON fraudulently used the telephone wires to cause Paychex to issue checks from Urban Alliance to its former or current students for hours the students did not work. JOHNSON then fraudulently caused these checks to be deposited into bank accounts belonging to her, or her friends. Second, JOHNSON used Urban Alliance's accounting software to issue checks directly to herself and certain of her family members and friends. JOHNSON then hid these transactions by making false entries in Urban Alliance's computer check ledger ("the check ledger scheme"). Finally, JOHNSON pocketed funds that her employer had instructed her to deposit into a student's bank account ("the deposit scheme").

**The Payroll Check Scheme**

4. Between on or about January 24, 2003, and on or about September 19, 2003, JOHNSON repeatedly used the telephone wires to call from Urban Alliance, in the District of Columbia, to Paychex, in Virginia, to falsely report work hours for students who either no longer worked for Urban Alliance, or who did not work the hours reported by JOHNSON. This caused Paychex to issue approximately forty-seven Urban Alliance checks made payable to former or current students who were not owed any money by Urban Alliance.

2

5. When Paychex mailed Urban Alliance its payroll checks, JOHNSON intercepted the mail and removed the checks that Paychex had issued based on JOHNSON'S false representations. JOHNSON then forged the students' signatures on the backs of the checks. Thereafter, with respect to all but one of the checks, JOHNSON deposited the checks either directly into her own bank account, or into the bank account of her boyfriend. With respect to the other paycheck, JOHNSON gave it to one of her friends, who deposited the check in her own bank account.

6. For example, in or about July 2003, JOHNSON fraudulently used the telephone wires to call from the District of Columbia to Virginia to report false work hours to Paychex for a student named LJ. At the time, LJ was not employed by Urban Alliance. Thereafter, JOHNSON opened Urban Alliance's mail and intercepted a check that Paychex had issued to LJ on behalf of Urban Alliance. The check in question, which was dated July 11, 2003, and was made payable in the amount of $775.74, had been issued by Paychex based on JOHNSON's false representations concerning LJ's work hours. JOHNSON then forged LJ's signature on the back of the check, and deposited the check in her bank account at First Union Bank. JOHNSON then fraudulently kept the proceeds of the check for her own benefit.

7. As a result of JOHNSON's actions in stealing checks that were issued based on her misrepresentations to Paychex, Urban Alliance suffered a loss in the amount of $24,673.32.

### The Check Ledger Scheme

8. Between on or about February 14, 2003, and on or about October 28, 2003, JOHNSON used Urban Alliance's accounting software to fraudulently issue approximately fourteen checks from Urban Alliance to her boyfriend, her family, her friends, or herself.

9. After issuing the fourteen checks, JOHNSON hid the transactions by making false entries in Urban Alliance's computer check ledger. Specifically, JOHNSON entered data in the check ledger which falsely indicated that the fourteen checks in question had been made payable to various vendors that provided goods and/or services to Urban Alliance.

10. For example, on or about March 12, 2003, JOHNSON used Urban Alliance's accounting system to fraudulently issue an Urban Alliance check to herself in the amount of $500. To conceal her theft, JOHNSON then made a false entry in Urban Alliance's check ledger which indicated that the $500 check was made payable to Prestige Tutors, one of Urban Alliance's vendors. JOHNSON then cashed the $500 check, and kept the proceeds of the check for her own benefit.

11. As a result of JOHNSON's actions in using Urban Alliance's accounting system to fraudulently issue checks, JOHNSON caused a loss to Urban Alliance in the amount of $5,940.48.

### The Deposit Scheme

12. On or about August 7, 2003, an Urban Alliance representative gave JOHNSON $300 in cash, and told JOHNSON to deposit the money into the account of RH, an

Urban Alliance student. Instead, JOHNSON kept the cash for her own benefit, causing a loss to Urban Alliance of $300.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              United States Attorney
                              for the District of Columbia

By:    _/s/ David Carey Woll/_
            DAVID CAREY WOLL, JR.
            Assistant U.S. Attorney
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 514-4250

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorneys, I agree and stipulate to this Statement of Offense.

Date: July 13, 2005

Taniya D. Johnson
Defendant

I have discussed this Statement of Offense with my client, Ms. Johnson. I concur with her decision to stipulate to this Statement of Offense.

Date: July 13, 2005

Joanne D. Slaight, Esq.
Counsel for the Defendant