SEP.13.2005  1:39PM  ER COLBERT & ASSOC                    NO.725   P.1/1

**HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0240</u> |
| vs. | : | |
| Johnson, Taniya | : | Disclosure Date: <u>August 29, 2005</u> |

**FILED**
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                                        Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(X)  There are ~~material/factual~~ minor inaccuracies in the PSI report as set forth in the attachment.

_[signature]_ 9/9/05            _[signature]_ 9/9/05
Defendant / Date                 Defense Counsel / Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 12, 2005</u>, to U.S. Probation Officer <u>Jeffrey Lee</u>, telephone number (202) 565-1343, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer